# In the United States Court of Federal Claims

No. 18-1421C
(Filed: January 10, 2019)

|  |  |
|---|---|
| JOHNNIE L. ROCHELL, Jr, | ) |
| *Pro Se* Plaintiff, | ) ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) ) |

## O R D E R

On November 13, 2018, defendant filed a motion to dismiss (Docket No. 6) *pro se* plaintiff's complaint pursuant Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC") for lack of subject matter jurisdiction. Mr. Rochell's response to defendant's motion to dismiss was due by December 14, 2018.

On December 21, 2018 the court issued an order (Docket No. 7) directing Mr. Rochell to file his response to the defendant's motion to dismiss by January 6, 2019. The order further gave plaintiff notice that failure to timely respond by January 6, 2019 would result in the dismissal of his complaint for failure to prosecute.

A review of court documents indicates that Mr. Rochell has failed to timely file a response in accordance with the court's December 21, 2018 order. Accordingly, the above-caption case is hereby **DIMISSMED** for failure to prosecute pursuant to RCFC 41(b).

**IT IS SO ORDERED**.

NANCY B. FIRESTONE
Senior Judge

7017 1450 0000 1346 1338